STATE OF CONNECTICUT *v.* ROBERT L. SMITH

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 715, is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

Decided July 23, 1986

BOLESLAW KIRIAKA *v.* MELVIN ALTERWITZ ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 7 Conn. App. 575, is denied.

*Joseph P. Kenney,* in support of the petition.

*Kevin A. Coles,* in opposition.

Decided July 23, 1986

JOHN F. CARR, JR. *v.* ELLIOTT WOOLWICH ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 7 Conn. App. 684, is denied.

*Theresa D'Alton,* in support of the petition.

*Wesley W. Horton,* in opposition.

Decided July 23, 1986

STATE OF CONNECTICUT *v.* JOHN S. GIANNOTTI

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 701, is denied.

*Bruce L. Levin,* in support of the petition.

Decided July 31, 1986